IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN AMOS SMALL, | : | Civil No. 3:09-cv-02023 |
| | : | |
| Petitioner, | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | THIS IS A CAPITAL CASE |
| LAUREL HARRY, Secretary, | : | |
| Pennsylvania Department of | : | |
| Corrections; JOSEPH TERRA, | : | |
| Superintendent of the State | : | |
| Correctional Institution at Phoenix; | : | |
| and BOBBI SALAMON, Superintendent | : | |
| of the State Correctional Institution | : | |
| at Rockview, | : | |
| | : | |
| Respondents. | : | |

FILED
SCRANTON
MAY 15 2025
PER_____ DEPUTY CLERK

## ORDER

AND NOW, this 15th day of May, 2025, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), as supplemented (Doc. 94-2), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), as supplemented (Doc. 94-2), is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **SUBSTITUTE** Secretary Laurel Harry, Pennsylvania Department of Corrections, as the respondent on the docket in this action in place of Commissioner Jeffrey A. Beard.

4. The Clerk of Court is directed to **SUBSTITUTE** Superintendent Joseph Terra, State Correctional Institution at Phoenix, as the respondent on the docket in this action in place of Superintendent Louis B. Folino, State Correctional Institution at Greene.

5. The Clerk of Court is directed to **SUBSTITUTE** Superintendent Bobbi Salamon, State Correctional Institution at Rockview, as the respondent on the docket in this action in place of Superintendent Franklin J. Tennis.

6. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge